U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| CHARLES MIDDLETON<br>v.<br>FLAGSHIP INTEGRATION SERVICES, INC.,<br>et al. | FILED: JUNE 23, 2008<br>08 CV 3579<br>JUDGE ST. EVE<br>MAGISTRATE JUDGE ASHMAN |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Charles Middleton, Plaintiff                              JH

| NAME (Type or print) |
|---|
| Dennis R. Favaro |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Dennis R. Favaro |
| FIRM<br>Favaro & Gorman, Ltd. |
| STREET ADDRESS<br>835 Sterling Avenue, Suite 100 |
| CITY/STATE/ZIP<br>Palatine, Illinois 60067 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6193849 | TELEPHONE NUMBER<br>(847) 934-0060 |
|---|---|

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐