# United States District Court for the Northern District of Illinois

Case Number: 08CV3579     Assigned/Issued By: DAJ

Judge Name:     Designated Magistrate Judge:

## FEE INFORMATION

*Amount Due:*  ☐ $350.00   ☐ $39.00   ☐ $5.00
              ☐ IFP       ☐ No Fee   ☐ Other _____
              ☐ $455.00

Number of Service Copies _____     Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____     Receipt #: _____

Date Payment Rec'd: _____    Fiscal Clerk: _____

## ISSUANCES

☐ Summons                             ☑ Alias Summons
☐ Third Party Summons                 ☐ Lis Pendens
☐ Non Wage Garnishment Summons        ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons  _____
                                      _____
☐ Citation to Discover Assets         (Victim, Against and $ Amount)
☐ Writ _____
       (Type of Writ)

__1__ Original and __1__ copies on _07/01/08_ as to _KIM FLAGSTEAD_
                                   (Date)

C:\wpwin80\docket\feeinfo.frm    03/14/05