## United States District Court for the Northern District of Illinois

Case Number: 08CV3579              Assigned/Issued By: DAJ

Judge Name:                         Designated Magistrate Judge:

---

**FEE INFORMATION**

*Amount Due:*   ☐ $350.00   ☐ $39.00   ☐ $5.00
               ☐ IFP       ☐ No Fee   ☐ Other _____
               ☐ $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____             Receipt #: _____

Date Payment Rec'd: _____          Fiscal Clerk: _____

---

**ISSUANCES**

☑ Summons                              ☐ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   _____
                                       _____
                                       (Victim, Against and $ Amount)

☐ Citation to Discover Assets

☐ Writ _____
         (Type of Writ)

_3_ Original and _0_ copies on _07/01/08_ as to _MICHAEL CALUMET,_
                               (Date)
FLAGSHIP INTEGRATION SERVICES INC, FLAGSHIP INTEGRATION SERVICES

401K.

---

C:\wpwin80\docket\feeinfo.frm     03/14/05