UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Charles Middleton
                                    Plaintiff,

v.                                                          Case No.: 1:08−cv−03579
                                                            Honorable Amy J. St. Eve

Flagship Integration Services, Inc., et al.
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 30, 2008:

    MINUTE entry before the Honorable Amy J. St. Eve:Plaintiff's oral request for an extension of time is granted. Status Report due by 8/15/2008. Initial status hearing set for 8/7/08 is stricken and reset to 8/20/2008 at 08:30 AM.Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.