AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

Second Alias    **SUMMONS IN A CIVIL CASE**

CHARLES MIDDLETON

CASE NUMBER:  08 CV 3579

V.

ASSIGNED JUDGE:  Judge St. Eve

FLAGSHIP INTEGRATION SERVICES, INC., et al.

DESIGNATED MAGISTRATE JUDGE:  Judge Ashman

TO: (Name and address of Defendant)

Kim Flagstad
c/o Flagship Integration Services, Inc.
225 Rue Jardin
Deer Park, Illinois 60010

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Andrew H. Haber
Favaro & Gorman, Ltd.
835 Sterling Avenue
Suite 100
Palatine, Illinois 60067

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

Cynthia Mercado

(By) DEPUTY CLERK

**August 1, 2008**

Date



AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
              *Date*                      *Signature of Server*


_____
*Address of Server*


(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

State of Illinois

General No.: 08CV3579

County of USDC CHICAGO

## AFFIDAVIT OF SERVICE

ERIC MOSKAL deposes and says that he/she is a licensed or registered employee of a Private Detective Agency, licensed by the Illinois Department of Professional Regulation and therefore authorized, pursuant to the provisions of Chapter 735, Code of Civil Procedure Section 5/2-202, Illinois Compiled Statutes, to serve process in the above cause, and that the defendant was served in the following manner:

On 8/5/2008 at 12:30:00 PM by leaving a true and correct copy of the attached ALIAS SUMMONS AND COMPLAINT with Flagstad, Kim as shown below:

Personally served a copy of the ALIAS SUMMONS AND COMPLAINT, by giving the within named Flagstad, Kim at 225 Rue Jardin, Deer Park, IL, 60010

Description of Person Served  Sex: F  Height: 507  Weight: 220 Race: W Age: 45ish

Additional or Other Information:

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to such matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

8-16-08
Dated

Eric Moskal
117-000192