FROM : Flagship Integration Services    PHONE NO. : 847 726 8170    Aug. 28 2008 04:52PM P2

## APPEARANCE FORM FOR PRO SE LITIGANTS
### DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: **KIM MICHELE FLAGSTAD**
(Please print)

STREET ADDRESS: **225 RUE JARDIN**

CITY/STATE/ZIP: **DEER PARK, IL 60010**

PHONE NUMBER: **847/726-0590**

CASE NUMBER: **08CV3579**

_____  _____
Signature                              8/28/08
                                           Date

FILED

AUG 2 9 2008
Aug 29, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT