UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| CHARLES MIDDLETON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08 CV 3579 |
| | ) | Judge: Amy St. Eve |
| FLAGSHIP INTEGRATION SERVICES, INC., et al., | ) | Magistrate: Martin Ashman |
| | ) | |
| Defendants. | ) | |

**AGREED MOTION FOR EXTENSION OF TIME FOR DEFENDANT KIM FLAGSTAD
TO ANSWER OR OTHERWISE PLEAD AND TO CONTINUE STATUS**

Plaintiff Charles Middleton and defendant Kim Flagstad respectfully request that this

Honorable Court extend the time for Flagstad to answer or otherwise plead to September 25,

2008.  Middleton and Flagstad are engaged in exchanging information and discussing resolution

of this matter short of litigation.  Middleton and Flagstad also respectfully request that the Court

continue the status date currently set for September 18, 2008 to a date on or after September 25,

2008.

Respectfully submitted,

By:    s/Andrew H. Haber
       Andrew H. Haber

Andrew H. Haber
Favaro & Gorman
835 Sterling Avenue
Suite 100
Chicago, Illinois 60067
(847) 934-0060