UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

CHARLES MIDDLETON,        )
                          )
         Plaintiff,       )
                          )
   v.                     )   No. 08 CV 3579
                          )   Judge: Amy St. Eve
FLAGSHIP INTEGRATION SERVICES, INC., et al.,  )   Magistrate: Martin Ashman
                          )
         Defendants.      )

## NOTICE OF MOTION

TO:   Ms. Kim Flagstad
      225 Rue Jardin
      Deer Park, Illinois 60010

PLEASE TAKE NOTICE that on **September 8, 2008, at 8:30 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Presiding **Judge Amy St. Eve** in **Courtroom 1241** at 219 South Dearborn, Chicago, Illinois, and there and then present **Agreed Motion For Extension Of Time For Defendant Kim Flagstad To Answer Or Otherwise Plead And To Continue Status**, a copy of which is attached hereto and herewith served upon you.

Respectfully submitted,

By:   s/Andrew H. Haber

      Andrew H. Haber
      Favaro & Gorman, Ltd.
      835 Sterling Avenue
      Suite 100
      Palatine, Illinois 60067
      (847) 934-0060

## CERTIFICATE OF SERVICE

I, Andrew H. Haber, an attorney, state that on September 3, 2008 I filed **Agreed Motion for Extension of Time For Defendant Kim Flagstad To Answer Or Otherwise Plead And To Continue Status** with the Clerk of the Court using the CM/ECF system, and served it upon the party identified below by first-class mail.

    Ms. Kim Flagstad
    225 Rue Jardin
    Deer Park, Illinois 60010

    s/Andrew H. Haber

    Andrew H. Haber
    Favaro & Gorman, Ltd.
    835 Sterling Avenue
    Suite 100
    Palatine, Illinois 60067
    (847) 934-0060