**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.2**
**Eastern Division**

Charles Middleton
                              Plaintiff,

v.                                         Case No.: 1:08−cv−03579
                                           Honorable Amy J. St. Eve

Flagship Integration Services, Inc., et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, September 3, 2008:

  MINUTE entry before the Honorable Amy J. St. Eve: Plaintiff and defendant Kim Flagstad's agreed motion for extension of time [22] is granted. Defendant Kim Flagstad to answer or otherwise plead by 9/25/08. Status hearing set for 9/18/08 is stricken and reset to 9/30/08 at 8:30 a.m. in courtroom 1241. No appearance is required on the 9/8/08 notice date. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.